

# Fourth Court of Appeals
## San Antonio, Texas

December 4, 2017

No. 04-17-00484-CV

**BUCKSTOP ACQUISITION COMPANY, LLC**,
Appellant

v.

Cristino **CASTANEDA** Individually and dba Thermo Cooling Insulation,
Appellees

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2016-3309-DC
Honorable Spencer W. Brown, Judge Presiding

## O R D E R

The appellant's motion for extension of time to file reply brief is hereby GRANTED. Time is extended to December 11, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of December, 2017.

_____
KEITH E. HOTTLE,
Clerk of Court